UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
            :
COLECO HOLDINGS, LLC,      :
            :
      Plaintiff,   :
            :   25 Civ. 10269 (JPC)
  -v-         :
            :   <u>ORDER</u>
TASTEMAKERS, LLC, *d/b/a Arcade1Up*, :
            :
            :
      Defendant.  :
            :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

   Defendant Tastemakers, LLC was served with a Summons and the Complaint on December 22, 2025, making its deadline to respond January 12, 2026. *See* Dkt. 9. That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court *sua sponte* extends Defendant's deadline to respond to the Complaint to January 27, 2026. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by February 3, 2026.

   Plaintiff shall serve a copy of this Order on Defendant by January 22, 2026, and file proof of such service on the docket by January 23, 2026.

   SO ORDERED.

Dated: January 20, 2026
   New York, New York         JOHN P. CRONAN
               United States District Judge