UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                   :

COLECO HOLDINGS, LLC,                                         :

                Plaintiff,                              :

                        :       25 Civ. 10269 (JPC)

       -v-                                          :

                        :       <u>ORDER</u>

TASTEMAKERS, LLC,                                            :

                        :

             Defendant.                              :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The default judgment hearing scheduled for April 14, 2026, at 2:00 p.m. is adjourned to April 16, 2026, at 10:00 a.m.  Plaintiff shall serve Defendant via overnight courier with a copy of this Order within one week of the date of this Order.  Within two business days of service, Plaintiff must file proof of such service on the docket.

      SO ORDERED.

Dated: February 19, 2026
      New York, New York                              JOHN P. CRONAN
                                           United States District Judge