UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
    :
COLECO HOLDINGS, LLC,    :
    :
         Plaintiff,    :
    :    25 Civ. 10269 (JPC)
    -v-    :
    :    ORDER
TASTEMAKERS, LLC,    :
    :
    :
         Defendant.    :
    :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The default judgment hearing scheduled for April 16, 2026, at 10:00 a.m. is adjourned to May 1, 2026, at 2:00 p.m.  Plaintiff shall serve Defendant via overnight courier with a copy of this Order within one week of the date of this Order.  Within two business days of service, Plaintiff must file proof of such service on the docket.

    SO ORDERED.

Dated: March 30, 2026
    New York, New York           JOHN P. CRONAN
           United States District Judge