UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                    :
COLECO HOLDINGS, LLC,                                               :
                                                                    :
                              Plaintiff,                            :
                                                                    :        25 Civ. 10269 (JPC)
              -v-                                                    :
                                                                    :        **DEFAULT JUDGMENT**
TASTEMAKERS, LLC, *d/b/a Arcade1Up*,                                :        **AND PERMANENT**
                                                                    :        **INJUNCTION**
                                                                    :
                              Defendant.                            :
                                                                    :
---------------------------------------------------------------------X

WHEREAS, Plaintiff Coleco Holdings, LLC ("Plaintiff") commenced this action against

Defendant Tastemakers, LLC ("Defendant");

WHEREAS, Defendant was properly served with the Summons and Complaint and failed

to appear, plead, or otherwise defend this action;

WHEREAS, the Clerk of Court entered Defendant's default pursuant to Rule 55(a) of the

Federal Rules of Civil Procedure;

WHEREAS, Plaintiff has moved for entry of default judgment and permanent injunctive

relief;

NOW, THEREFORE, upon consideration of Plaintiff's motion, the pleadings, and the

record in this action, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Default Judgment is hereby entered in favor of Plaintiff Coleco Holdings, LLC and against Defendant Tastemakers, LLC on the following claims asserted in the Complaint:

   a. Claim Two for trademark infringement under Section 32 of the Lanham Act, 15 U.S.C. § 1114; and

   b. Claim Three for false designation of origin under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

2. Claim One for trademark counterfeiting in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114, Claim Four for deceptive acts and practices and false advertising in violation of New York General Business Law Sections 349 and 350, and Claims Five and Six for trademark infringement and unfair competition under the common law of the State of New York, are all hereby dismissed without prejudice.

3. The Court finds that Plaintiff owns valid, subsisting, and enforceable trademark rights in the HEAD TO HEAD® trademark, U.S. Trademark Reg. No. 3,133,790, attached as Exhibit A.

4. The Court further finds that Defendant's infringement and counterfeiting were willful, including because Defendant continued its unauthorized use of the HEAD TO HEAD® mark after receiving notice of Plaintiff's rights and failed to appear or defend this action.

5. IT IS ORDERED THAT pursuant to 15 U.S.C. § 1116, Defendant, and its officers, agents, servants, employees, successors, assigns, and all persons in active concert or participation with any of them who receive actual notice of this Judgment and Permanent Injunction, are hereby permanently enjoined from using the HEAD TO HEAD® trademark in commerce.

6.  IT IS FURTHER ORDERED THAT the Court retains jurisdiction over this matter for purposes of enforcing this Judgment and Permanent Injunction and resolving any further applications relating to compliance or monetary relief.

7.  IT IS FURTHER ORDERED THAT Plaintiff may serve this Judgment and Permanent Injunction upon Defendant and any relevant third parties, including online marketplaces and fulfillment providers, by any means reasonably calculated to provide actual notice.

SO ORDERED.

Dated: May 4, 2026
         New York, New York

_____
JOHN P. CRONAN
United States District Judge

# <u>EXHIBIT A</u>

U.S. Trademark Reg. No. 3,133,790

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38, and 50**

**Reg. No. 3,133,790**

## United States Patent and Trademark Office

Registered Aug. 22, 2006

### TRADEMARK
### PRINCIPAL REGISTER

# HEAD TO HEAD

RIVER WEST BRANDS LLC (DELAWARE LTD LIAB CO)
141 WEST JACKSON BOULEVARD
SUITE 3620
CHICAGO, IL 60604

FOR: HAND HELD UNITS FOR PLAYING ELECTRONIC GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 4-5-2005; IN COMMERCE 4-5-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-353,731, FILED 1-19-2004.

DARRYL SPRUILL, EXAMINING ATTORNEY